IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Michael A

Printed: 01/29/09

Case Number: 04 B 35998
Judge: Wedoff, Eugene R
Filed: 9/28/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 8, 2009
Confirmed: December 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,128.28 |  |
| Secured: |  | 9,896.05 |
| Unsecured: |  | 7,493.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,292.40 |
| Trustee Fee: |  | 1,094.46 |
| Other Funds: |  | 352.28 |
| Totals: | 21,128.28 | 21,128.28 |

## DISBURSEMENT DETAIL

|    | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,292.40 | 2,292.40 |
| 2. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 4. | Chase Automotive Finance | Secured | 9,896.05 | 9,896.05 |
| 5. | ECast Settlement Corp | Unsecured | 266.94 | 303.27 |
| 6. | First National Bank of Omaha | Unsecured | 1,894.68 | 2,152.52 |
| 7. | RoundUp Funding LLC | Unsecured | 514.20 | 584.15 |
| 8. | Discover Financial Services | Unsecured | 2,149.25 | 2,441.79 |
| 9. | ECast Settlement Corp | Unsecured | 431.77 | 490.51 |
| 10. | Chase Automotive Finance | Unsecured | 3.34 | 3.79 |
| 11. | RoundUp Funding LLC | Unsecured | 962.18 | 1,093.10 |
| 12. | ECast Settlement Corp | Unsecured | 255.51 | 290.26 |
| 13. | Credit First | Unsecured | 117.68 | 133.70 |
| 14. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 15. | Chase Bankcard Services | Unsecured |  | No Claim Filed |
| 16. | Chase Bankcard Services | Unsecured |  | No Claim Filed |
| 17. | Platinum Plus | Unsecured |  | No Claim Filed |
| 18. | John M Smyth's Homemakers | Unsecured |  | No Claim Filed |
| 19. | U S Small Business Administration | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,784.00 | $ 19,681.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Michael A

Printed: 01/29/09

Case Number: 04 B 35998
Judge: Wedoff, Eugene R
Filed: 9/28/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 76.23 |
| 4% | 70.37 |
| 3% | 46.95 |
| 5.5% | 215.20 |
| 5% | 58.71 |
| 4.8% | 122.09 |
| 5.4% | 450.44 |
| 6.6% | 54.47 |
| | $ 1,094.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

